# United States Court of Appeals
## For the First Circuit

No. 21-1278

JUANA BAEZ, individually and on behalf of all others similarly situated; CRUZ SANABRIA, individually and on behalf of all others similarly situated; ROGELIO RODAS, individually and on behalf of all others similarly situated; DEMETRIUS OVIEDO, individually and on behalf of all others similarly situated; JOSE ALBERTO NUNEZ-GUERRERO, individually and on behalf of all others similarly situated,

Plaintiffs, Appellants,

v.

TOWN OF BROOKLINE, MASSACHUSETTS BROOKLINE POLICE COMMISSIONERS,

Defendant, Appellee,

NEIL WISHINSKY, in his individual and official capacities; NANCY DALY, in her individual and official capacities; BEN FRANCO, in his individual and official capacities; NANCY HELLER, in her individual and official capacities; BERNARD GREENE, in his individual and official capacities,

Defendants.

### JUDGMENT

Entered: August 11, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting summary judgment for the Town of Brookline is affirmed.

By the Court:

Maria R. Hamilton, Clerk

c:  Brooks Averell Ames, Patricia Correa, Douglas I. Louison, Joseph Adam Padolsky, Michael Downey