# United States Court of Appeals
## For the First Circuit

No. 21-1278

JUANA BAEZ, individually and on behalf of all others similarly situated; CRUZ SANABRIA, individually and on behalf of all others similarly situated; ROGELIO RODAS, individually and on behalf of all others similarly situated; DEMETRIUS OVIEDO, individually and on behalf of all others similarly situated; JOSE ALBERTO NUNEZ-GUERRERO, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

TOWN OF BROOKLINE, MASSACHUSETTS BROOKLINE POLICE COMMISSIONERS,

Defendant - Appellee,

NEIL WISHINSKY, in his individual and official capacities; NANCY DALY, in her individual and official capacity; BEN FRANCO, in his individual and official capacities; NANCY HELLER, in her individual and official capacities; BERNARD GREENE, in his individual and official capacities,

Defendants.

**MANDATE**

Entered: September 2, 2022

    In accordance with the judgment of August 11, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brooks Averell Ames, Patricia Correa, Michael Downey, Douglas I. Louison, Joseph Adam Padolsky